

**COASTAL Reporting**

Office: 929 Jenks Avenue
Panama City, Florida 32401
Mail: P.O. Box 1945
Lynn Haven, Florida 32444
Telephone: (850) 271-3107
Facsimile: (850) 722-9200
E-mail: CoastalReporting@comcast.net
CoastalReportingPC.com
Federal Tax ID / EIN: 26-0311420

## Invoice No.: CR-2268-B

7/15/2013

To ALLEN, NORTON & BLUE, P.A.
906 North Monroe Street, Suite 100
Tallahassee, Florida, 32303

| | Attorney Ordering |
| --- | --- |
| | Jason Vail |
| Description | Amount |
| Michelle Couch v. Frank McKeithen<br>Case No.: 5:12-cv-297-RS/CJK<br><br>Depositions of Major Tommy Ford, Sheriff Frank McKeithen, Capt. Rickie Ramie, Deborah Anderson, Jodi Plummer, Stacy Hand and Lt. Bethany Harris taken in the above styled matter on June 13, 2013 in Panama City, Florida.<br>Taken by Kim Clark-Waterhouse.<br><br>Appearance Fee<br>Copy of Transcript of Major Tommy Ford (50 pages)<br>Copy of Transcript of Sheriff Frank McKeithen (34 pages)<br>Copy of Transcript of Capt. Ricky Ramie (14 pages)<br>Copy of Transcript of Deborah Anderson (15 pages)<br>Copy of Transcript of Jodi Plummer (14 pages)<br>Copy of Transcript of Stacy Hand (23 pages)<br>Copy of Transcript of Lt. Bethany Harris (43 pages)<br>Exhibits<br>Subtotal<br>Postage | <br><br><br><br><br><br><br><br>0.00<br>125.00<br>85.00<br>35.00<br>37.50<br>35.00<br>57.50<br>107.50<br>12.60<br>495.10<br>15.00 |

**Total Due**      $510.10

### *Payable on Receipt*

There will be a 1.5% late fee charged on all invoices over 90 days old.
**Thank you for your business
Please remit to: P.O. Box 1945, Lynn Haven, Florida 32444**



Office: 929 Jenks Avenue
Panama City, Florida 32401
Mail: P.O. Box 1945
Lynn Haven, Florida 32444
Telephone: (850) 271-3107
Facsimile: (850) 722-9200
E-mail: CoastalReporting@comcast.net
CoastalReportingPC.com
Federal Tax ID / EIN: 26-0311420

## Invoice No.: CR-2265-B

7/15/2013

To ALLEN, NORTON & BLUE, P.A.
906 North Monroe Street, Suite 100
Tallahassee, Florida, 32303

| Description | Attorney Ordering |
|---|---|
| | Jason Vail |
| | Amount |
| Michelle Couch v. Frank McKeithen<br>Case No.: 5:12-cv-297-RS/CJK<br><br>Depositions of Joel Heape, Tim Hightower, Becky Johns, Derek Groves and Marc Baily taken in the above styled matter on June 3, 2013 in Panama City, Florida.<br>Taken by Kim Clark-Waterhouse.<br><br>Appearance Fee<br>Copy of Transcript of Joel Heape (43 pages)<br>Copy of Transcript of Tim Hightower (54 pages)<br>Copy of Transcript of Becky Johns (48 pages)<br>Copy of Transcript of Derek Groves (20 pages)<br>Copy of Transcript of Marc Baily (10 pages)<br>Exhibits<br>Subtotal<br>Postage | <br><br><br><br><br><br><br>0.00<br>107.50<br>135.00<br>120.00<br>50.00<br>25.00<br>17.10<br>454.60<br>15.00 |

Total Due  $469.60

### *Payable on Receipt*

There will be a 1.5% late fee charged on all invoices over 90 days old.

**Thank you for your business**
**Please remit to: P.O. Box 1945, Lynn Haven, Florida 32444**

**Deborah J. Shoman, Inc.**
*d/b/a/ Stewart & Shoman Reporting*
*Billing Office*
*P.O. Box 44, Etoile, TX 75944*
*EIN 42-1543461*

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2013 | LP-13-208/1 |

PAID 04/08/2013

| Bill To |
|---|
| R. W. Evans, Esq.<br>Allen, Norton & Blue, P.A.<br>906 North Monroe Street, Suite 100<br>Tallahassee, FL 32303 |

| Customer E-mail |
|---|
| revans@anblaw.com |

| Terms | Rep |
|---|---|
| On Receipt | LP |

| Phone/Fax | 850.561.3503 Fax 850.561.0332 |
|---|---|

**INVOICE REFLECTS CASH DISCOUNT**

| Quantity | Description | Amount |
|---|---|---|
|  | Michelle Couch v. Frank McKeithen, et al.<br>5:12-cv-00297<br>3-5-13 deposition of Michelle Couch |  |
|  | 9 to 3:20 Attendance | 210.00 |
| 215 | Original and compressed transcript pages | 860.00 |
|  | Shipping | 12.75 |

18 % interest will be charged on all invoices outstanding over 30 days.
Payment is NOT contingent upon client reimbursement.

**Total** $1,082.75

| E-mail | | Web Site |
|---|---|---|
| info@stewartshoman.com | **For Future Scheduling in the Panama City Area**<br>**Please Call Stewart & Shoman Reporting**<br>**(850)769-7178 (800)722-7178 Fax (850)763-5010**<br>We Offer Video Conferencing to Save You Time,<br>Money, and the Environment | www.stewartshoman.com |